```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 29872
   PAULETTE A SZCZECINA
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8192


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/11/2004 and was confirmed 10/20/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  37.04% from remaining funds.

      The case was paid in full 02/09/2009.
-------------------------------------------------------------------------------
 CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
 PHH MORTGAGE SERVICES     CURRENT MORTG           .00             .00            .00
 PHH MORTGAGE SERVICES     MORTGAGE ARRE       2003.88             .00        2003.88
 GREAT LAKES CREDIT UNION  SECURED              154.56           23.72         154.56
 HARRIS NA                 CURRENT MORTG           .00             .00            .00
 HARRIS NA                 MORTGAGE ARRE        378.00             .00         378.00
 SCHOTTLER & ZUKOSKY       PRIORITY          NOT FILED             .00            .00
 FINGERHUT CREDIT ADVANTA  UNSECURED            868.62             .00         321.76
 HARRIS TRUST & SAVINGS B  UNSECURED          NOT FILED             .00            .00
 BARONS CREDITORS SERVICE  UNSECURED          NOT FILED             .00            .00
 CAPITAL ONE BANK          FILED LATE         1375.86             .00            .00
 CENTRAL CREDIT UNION OF   SECURED            3903.91          389.74        3903.91
 CHARMING SHOPPES FASHION  UNSECURED          1235.61             .00         457.71
 CHEX SYSTEMS COLLECTION   NOTICE ONLY       NOT FILED             .00            .00
 COLLECTION BUREAU OF AME  UNSECURED         NOT FILED             .00            .00
 CAPTAL ONE                NOTICE ONLY       NOT FILED             .00            .00
 GREAT LAKES CREDIT UNION  UNSECURED          4979.75             .00        1844.65
 HARVARD COLLECTION SERVI  UNSECURED         NOT FILED             .00            .00
 J C PENNEY                UNSECURED         NOT FILED             .00            .00
 CAPITAL ONE               NOTICE ONLY       NOT FILED             .00            .00
 JEFFERSON CAPITAL SYSTEM  NOTICE ONLY       NOT FILED             .00            .00
 SEVENTH AVENUE            UNSECURED           251.16             .00          93.04
 SWISS COLONY              UNSECURED         NOT FILED             .00            .00
 CREDIT UNION UNIV OF CHI  UNSECURED         NOT FILED             .00            .00
 ECAST SETTLEMENT CORP     UNSECURED OTH       301.63             .00         111.71
 *SCHOTTLER & ZUKOSKY      DEBTOR ATTY       2,430.00                        2,430.00
 TOM VAUGHN                TRUSTEE                                             783.32
 DEBTOR REFUND             REFUND                                              223.00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 29872 PAULETTE A SZCZECINA
```

```
TRUSTEE                                  13,119.00

PRIORITY                                                            .00
SECURED                                                        6,440.35
    INTEREST                                                     413.46
UNSECURED                                                      2,828.87
ADMINISTRATIVE                                                 2,430.00
TRUSTEE COMPENSATION                                             783.32
DEBTOR REFUND                                                    223.00
                                      ----------------  ----------------
TOTALS                                   13,119.00          13,119.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/09/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE